# UNITED STATES DISTRICT COURT
IN AND FOR
## THE MIDDLE DISTRICT OF FLORIDA (Tampa Division)

**Plaintiff:**

John D. Golom

**Civil Action No:** 8:20-CV-2173-T-35JSS

**Vs.**

Complete Amended Version of Filing: 10/4/2020

**Defendants:**

Attorney Lee White c/o JODAT LAW GROUP, P.A.

---

## Civil Complaint, 42 USC 1983

COMES NOW' the Plaintiff" John David Golom, In *Pro-se"* and files this complaint under 42 USC 1983 against the Defendant, listed herein below and States the Following.

---

### I. The Parties to This Complaint
➤ **The Plaintiff(s)**

| | |
|---|---|
| Name: | John David Golom |
| ID Number: | OCA # 02-09063 / Federal ID # 71921-004 |
| Current Institution: | The Pike County Correctional Facility |
| Address: | 175 Pike County Blvd |

| Lords Valley | Pennsylvania | 18428 |
|---|---|---|
| City | State | Zip Code |

---

➤ **B. The Defendant(s)**

Provide the information below for each defendant named in this complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

➤ **Defendant No 1**

| | |
|---|---|
| Name: | Attorney Lee White c/o |
| Job or Title *(if known)* | JODAT LAW GROUP, P.A. |
| Shield Number | FBN # 63480 |
| Address | 521 Ninth Street West |

| 521 Ninth Street West | Bradenton | Florida 34205 |
|---|---|---|
| City | State | Zip Code |

**XX** Individual Capacity       **XX** Official Capacity

### II. Basis for Jurisdiction

Under **42 U.S.C. § 1983**, you may sue state or local officials for the "deprivation of any rights, privileges or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal bureau of Narcotics, 403 U.S. 388 (1971)* you may sue federal officials for the violation of certain constitutional rights.

**A. Are you bringing suit against (check all that apply) Constitutional Rights Violation.**

☒ Federal officials (a *Bivens* claim) and (or) both.
☒ State or local officials (a § 1983 Tort Action Claim)

---

Page 1 of 9

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

B. **Section 1983** allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]. **42 U.S.C. § 1983**. If you are suing under section **1983**, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials

_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? **See Civil Complaint Listed Herein Below.**

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." **42 U.S.C. §1983**. If you are suing under **section 1983**, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**START HERE: ➔** This complaint adheres to the following Attorney Whereas" **Attorney Lee White. FBN # 63480. Email Address Lee.White@jodatLawGroup.com** by and through the Law Offices of: **JODAT LAW GROUP, P.A. Location: 521 Ninth Street West, Bradenton, Florida 34205** who remains in violation of: **State, Local and Federal Laws** by way of <u>**18 U.S.C § 1623. False and Misleading Declaration before a grand jury or court, and 18 U.S.C § 1621. Perjury in general, moreover 18 U.S.C § 1622. Subornation of perjury"**</u> remains clear" Whereas "**Whomever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned not more than five years, or both.** adhering to **Case No: 2018-DR-005422** via the **Final Judgement on Petition For Custody By Extended Family** adhering to the: **Custody of Minor Child via The Goldsmiths, Jill, Edward, and the Mother of the Child, Lacey B. Goldsmith,** Marked, Time Stamped and Recorded thru the Clerk of the Court Drafted **December 14th Received December 17th, and recorded December 27th 2018** within the **Twelfth Judicial Circuit of Manatee County Florida,** in the presents of the **Honorable Diana Moreland** in violation of ***State, Local & Federal Laws,*** after **Attorney Lee White,** having full and complete knowledge the father of the child, John D. Golom was already in Federal custody, held, and detained as a pre-trial detainee in an on-going Federal Court Proceeding and all related actions within the **Middle District of Pennsylvania** with the Mother of the Child, Lacey B. Goldsmith DID In-FACT deliberately file a notarized perjured document within said same court having full and complete knowledge the affidavit he supplied to the court contained Fraudulent, Deceptive and Fabricated information through Bad Faith in-order to gain access, care, custody and control of the Child, known to as" **(AMG) Angelina Marie Goldsmith, DOB: 06/25/2017** through **Article and Exhibit # 4 on Page 1 of 2** claiming <u>**THERE IS NO FATHER LISTED ON THE BIRTH CERTIFICATE OF THE MINOR CHILD,THERE IS NO PENDING LITIGATION REGARDING THE CHILD IN FLORIDA OR (IN ANY OTHER STATE, NOR IS THERE ANY OTHER PERSON NOT A PARTY TO THESE PROCEEDINGS WHO) HAS OR CLAIMS TO HAVE PHYSICAL CUSTODY OF THE MINOR CHILD**</u> prior to it being notarized whereas, **Attorney Lee White** knew the Mother of the Child Lacey B. Goldsmith was already entwined in a Federal Court Proceeding and all related actions here in **Middle District of Pennsylvania.** Listed as a Government witness set forth to testify against the Father of the Child known to as" **John D. Golom,** in furtherance **Attorney Lee White** was forewarned and provided clear and convincing evidence thru documentation as proof the Mothers place of residency at the time of said same filing continued within the ***Great State of Pennsylvania*** adhering to <u>**Exhibit #1 cc: Lee White, Esq. Lacey B. Goldsmith 3400 Bath Pike, Suite 103, Bethlehem, PA 18107**</u>

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

remains in question. Whereas" Proof beyond a reasonable doubt under this section is sufficient for conviction. It shall not be necessary that such proof be made by any particular number of witnesses or by documentary or other type of evidence of that Attorney Lee White of **Manatee County, Florida** fraudulently filed in court, on this date"**11/27/2018**, pertaining to **E-File # 81236002 11/27/2018** whereas" in front of the Honorable Judge Diana Moreland's Courtroom, with full and complete knowledge the affidavit he supplied the Court would render a verdict in favor of judgement through false and misleading information was malicious after he provided it to the court as a matter of record.

> Whoever under oath (or) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under *section 1746 of title 28, United States Code* in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any **books, papers, notarized documents, records, recording, or other materials knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both.**

**(B)** This section is applicable whether the conduct occurred within or without the United States.

**(C)** An indictment or information for violation of this section alleging that, in any proceedings before or ancillary to any court or grand jury of the United States, the defendant under oath has knowingly made two or more declarations, which are inconsistent to the degree that one of them is necessarily false, need not specify which declaration is false if

(1) Each declaration was material to the point in question, and

(2) Each declaration was made within the period of the statute of limitations for the offense charged under this section.

> In any prosecution under this section, the falsity of a declaration set forth in the indictment or information shall be established sufficient for conviction by proof that the defendant while under oath made irreconcilably contradictory declarations material to the point in question in any proceeding before or ancillary to any court or grand jury. It shall be a defense to an indictment or information made pursuant to the first sentence of this subsection that the defendant at the time he made each declaration believed the declaration was true.

**(D)** Where, in the same continuous court or grand jury proceeding in which a declaration is made, the person making the declaration admits such declaration to be false, such admission shall bar prosecution under this section if, at the time the admission is made, the declaration has not substantially affected the proceeding, or it has not become manifest that such falsity has been or will be exposed.

### In Furtherance"

**Judge" Diana Moreland" of the Twelfth Judicial Circuit, in Manatee County Florida (Bradenton)**

Not only allowed the False Declaration to prevail" but continued with the final judgement in-favor of the Goldsmiths" decreed **Final Judgement on Petition For Custody By Extended Family** even after it was drawn to the courts attention via the preponderance of evidence supplied to the court under **Judge" Diana Moreland's** awareness on this date in question, (June 17th 2019 at around 1:30PM) on the record, via telephonic conference hearing in witness of all present that occurred, on (or) about **June 17th 2019 at around 1:30PM of that afternoon" REMAINS** in violation of my child's parental care and the Fourteenth Amendment, thru the custody and control that remains protected by, and thru The United States Constitution of Due Process.

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

> **(A) Under the Fourteenth Amendment,** *process is constitutionally due a natural parent at a state's parental rights termination proceeding, such a proceeding interfering with a fundamental liberty interest of natural parents in the care, custody, and management of their child, such interest not evaporating simply because the parents have not been model parents or have lost temporary custody of their child to the state, and the fact that important liberty interests of the child and its foster parents may also be affected by a permanent neglect proceeding not justifying denial to the natural parents of constitutionally adequate procedures; a state cannot refuse to provide natural parents adequate procedural safeguards in a parental rights termination proceeding on the grounds that the family unit already has broken down.*

> **(B)** The Supreme Court has held that parents have a constitutionally protected liberty interest in the care, custody and management of their children." **Doe v. Kearney, 329 F.3d 1286, 1293 (11th Cir. 2003) (citing Santosky v. Kramer, 455 U.S. 745, 758-59, 102 S. Ct. 1388, 71 L. Ed. 2d 599 (1982))** Thus, before a child is removed from parental custody, the parent has the right to a procedural hearing. See **Tenenbaum v. Williams, 193 F.3d 581, 593 (2d Cir. 1999)** ("As a general rule, therefore, before parents may be deprived of the care, custody or management of their children without their consent, due process-ordinarily a court proceeding resulting in an order permitting removal-must be accorded to them." Nevertheless, "the State has a profound interest in the welfare of the child" and "a state may constitutionally remove children threatened with imminent harm when it is justified by emergency circumstances." **Kearney, 329 F.3d at 1293.** Thus, a state must have "probable cause to believe the child is threatened with imminent harm" before removing the child without judicial authorization. FINAL.

---

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial Detainee. (Held At: the Pike County Correctional Facility)
☐ Civilly committed Detainee
☐ Immigration Detainee
☐ Convicted and Sentenced State Prisoner
☐ Convicted and Sentenced Federal Prisoner
☒ Other (explain) **Constitutional Right Violation, 14th Amendment, (Parental Right Violation)**

> **IV. Statement of Claim: (Listed Herein Below In Section D.)**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

> If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**This action gives rise within the sectors of, and (or) the confines of the United States District Court, Eastern District of New York (Brooklyn, Queens) whereas the child was taken from under the confines in care of" New York Fondling, Inc. known to as a Child's Forster Care Services Protective Division placed there by NYPD during the Intake proses of a Criminal Procedure of Lacey B. Goldsmith on (or) after January 17th 2018 shortly following the Mothers Arrest by the Queens Warrant Squad" and the 111th, pct. of NYPD" The New York City Police Department, shortly following the Mother's arrest and extradition back to Pennsylvania, In care of the Monroe County District Attorney's Office Whereas" in-turn the Goldsmith Family did in-fact retain the services of Attorney Lee White who filed within the confines of the Twelfth Judicial Circuit of Manatee County's Courthouse, Bradenton, Florida. who conspired and present a False and Misleading Declaration before the court on (or) about and elsewhere within the Continental**

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

United States, adhering to December 14th December 17th and December 27th of 2018 and therefore after. Filed a petition for Temporary Custody by the Extended Family on behalf of The Goldsmiths. (See D. listed right below) with full and complete knowledge the Mothers residence was: **3400 Bath Pike, Bethlehem PA, c/o Suite 103,** who mailed several copies of the exhibited documents, Back and Forth listed as a Carbon Copy of Court Documents concluding the Court filing, whereas" the Mother of the Child having full and complete knowledge the Father of the Child (AMG) was just seconds away from her location Detained as a Pre-Trial-Detainee, at the Monroe County Correctional Faculty, which was in-fact the said same exact Facility Lacey B. Goldsmith was housed at just prior to her release. In Addition to" the Mother of the child Lacey B. Goldsmith, transmitted several Falsified Notarized Documents back to Attorney Lee White, Claiming there is no FATHER of the Child having full and complete knowledge she was housed at the same location, facility and address as the father, Labeled as a Government Witness, set forth to testify against the Father of the Child in another case that leads us right where we are today. Entwined in a Federal Court Proceeding within the Middle District of Florida, Pennsylvania, and forth coming the Eastern District of New York.

---

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.
**Did not rise within an Institution.**

---

C.  What dates and approximate time did the events giving rise to your claim(s) occur?
**December 14th December 17th and December 27th of 2018**

---

> ➢  **What are the facts underlying your claim(s)?**

(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

This complaint adheres to the following Attorney. Whereas" **Attorney Lee White. FBN # 63480. Email Address Lee.White@jodatLawGroup.com** by and through the Law Offices of: **JODAT LAW GROUP, P.A. Location: 521 Ninth Street West, Bradenton, Florida 34205** who remains in violation of: **State, Local and Federal Laws by way of 18 U.S.C § 1623. False and Misleading Declaration before a grand jury or court, and 18 U.S.C § 1621. Perjury in general, moreover 18 U.S.C § 1622. Subornation of perjury"** remains clear" Whereas "Whomever procures another to commit any perjury is guilty of subornation of perjury, and shall be fined under this title or imprisoned not more than five years, or both. adhering to **Case No: 2018-DR-005422** via the **Final Judgement on Petition For Custody By Extended Family** adhering to the: **Custody of Minor Child via The Goldsmiths, Jill, Edward, and the Mother of the Child, Lacey B. Goldsmith,** Marked, Time Stamped and Recorded thru the Clerk of the Court Drafted **December 14th Received December 17th, and recorded December 27th 2018** within the **Twelfth Judicial Circuit of Manatee County Florida,** in the presents of the **Honorable Diana Moreland** in violation of **State, Local & Federal Laws,** after **Attorney Lee White,** having full and complete knowledge the father of the child, John D. Golom was already in Federal custody, held, and detained as a pre-trial detainee in an on-going Federal Court Proceeding and all related actions within the **Middle District of Pennsylvania** with the Mother of the Child, Lacey B. Goldsmith DID In-FACT deliberately file a notarized perjured document within said same court having full and complete knowledge the affidavit he supplied to the court contained Fraudulent, Deceptive and Fabricated information through Bad Faith in-order to gain access, care, custody and control of the Child, known to as" **(AMG) Angelina Marie Goldsmith, DOB: 06/25/2017** through Article and Exhibit # 4 on Page 1 of 2 claiming <u>THERE IS NO FATHER LISTED ON THE BIRTH CERTIFICATE OF THE MINOR CHILD,THERE IS NO PENDING LITIGATION REGARDING THE CHILD IN FLORIDA OR (IN ANY OTHER STATE, NOR IS THERE ANY OTHER PERSON NOT A PARTY TO THESE PROCEEDINGS WHO) HAS OR CLAIMS TO HAVE PHYSICAL CUSTODY OF THE MINOR CHILD</u> prior to it being notarized whereas, **Attorney Lee White** knew the Mother of the Child Lacey B. Goldsmith was already entwined in a Federal Court Proceeding and all related actions here in **Middle District of Pennsylvania.** Listed as a Government witness set forth to testify against the Father of the Child known to as" **John D. Golom,** in furtherance **Attorney Lee White** was forewarned and provided clear and convincing evidence thru documentation as proof the Mothers place of residency at the time of said same filing continued within the ***Great State of Pennsylvania*** adhering to <u>**Exhibit #1 cc: Lee White, Esq. Lacey B. Goldsmith 3400 Bath Pike, Suite 103, Bethlehem, PA 18107**</u> remains in question. Whereas" Proof beyond a reasonable doubt under this

Page 5 of 9

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

Section is sufficient for conviction. It shall not be necessary that such proof be made by any particular number of witnesses or by documentary or other type of evidence of that Attorney Lee White of **Manatee County, Florida** fraudulently filed in court, on this date"**11/27/2018**, pertaining to **E-File # 81236002 11/27/2018** whereas" in front of the Honorable Judge Diana Moreland's Courtroom, with full and complete knowledge the affidavit he supplied the Court would render a verdict in favor of judgement through false and misleading information was malicious after he provided it to the court as a matter of record.

> ➢ Whoever under oath (or) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under *__section 1746 of title 28, United States Code__* in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information, including any book, **paper, notarized document, record, recording, or other material, <u>knowing the same to contain any false material declaration, shall be fined under this title or imprisoned not more than five years, or both.</u>**

**(B)** This section is applicable whether the conduct occurred within or without the United States.
**(C)** An indictment or information for violation of this section alleging that, in any proceedings before or ancillary to any court or grand jury of the United States, the defendant under oath has knowingly made two or more declarations, which are inconsistent to the degree that one of them is necessarily false, need not specify which declaration is false if

   **(1)** Each declaration was material to the point in question, and
   **(2)** Each declaration was made within the period of the statute of limitations for the offense charged under this section.

In any prosecution under this section, the falsity of a declaration set forth in the indictment or information shall be established sufficient for conviction by proof that the defendant while under oath made irreconcilably contradictory declarations material to the point in question in any proceeding before or ancillary to any court or grand jury. It shall be a defense to an indictment or information made pursuant to the first sentence of this subsection that the defendant at the time he made each declaration believed the declaration was true.

**(D)** Where, in the same continuous court or grand jury proceeding in which a declaration is made, the person making the declaration admits such declaration to be false, such admission shall bar prosecution under this section if, at the time the admission is made, the declaration has not substantially affected the proceeding, or it has not become manifest that such falsity has been or will be exposed.

> ➢ **(A) <u>Under the Fourteenth Amendment,</u>** *process is constitutionally due a natural parent at a state's parental rights termination proceeding, such a proceeding interfering with a fundamental liberty interest of natural parents in the care, custody, and management of their child, such interest not evaporating simply because the parents have not been model parents or have lost temporary custody of their child to the state, and the fact that important liberty interests of the child and its foster parents may also be affected by a permanent neglect proceeding not justifying denial to the natural parents of constitutionally adequate procedures; a state cannot refuse to provide natural parents adequate procedural safeguards in a parental rights termination proceeding on the grounds that the family unit already has broken down.*

**(B)** The Supreme Court has held that parents have a constitutionally protected liberty interest in the care, custody and management of their children." **Doe v. Kearney, 329 F.3d 1286, 1293 (11th Cir. 2003) (citing <u>Santosky v. Kramer, 455 U.S. 745, 758-59, 102 S. Ct. 1388, 71 L. Ed. 2d 599 (1982))</u>** Thus, before a child is removed from parental custody, the parent has the right to a procedural hearing. See **Tenenbaum v. Williams, 193 F.3d 581, 593 (2d Cir. 1999)** ("As a general rule, therefore, before parents may be deprived of the care, custody or management of their children without their consent, due process-ordinarily a court proceeding resulting in an order permitting removal-must be accorded to them."). Nevertheless, "the State has a profound interest in the welfare of the child" and "a state may constitutionally remove children threatened with imminent harm when it is justified by emergency circumstances." **Kearney, 329 F.3d at 1293.** Thus, a state must have "probable cause to believe the child is threatened with imminent harm" before removing the child without judicial authorization. FINAL.

---

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

**V. Injuries,** if you sustained injuries related to the events alleged above (or) below, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## First Amendment Right Violation, Fourth Amendment Right Violation, Fourteen Amendment Parental Rights Violations

### First Amendment

1. Distinction exists between entitlement to benefit that gives rise to property interest protected under Fourteenth Amendment and benefit that is protected under First Amendment; those acting under color of state law may not deny benefit to persons on basis that infringes constitutionally protected interest in freedom of speech, regardless of whether person has right to that benefit. Robb v. Philadelphia, 733 F.2d 286, 1 I.E.R. CAS. (BNA) 1787, 116 L.R.R.M. (BNA) 3081 (3d Cir. 1984).

### Fourth Amendment

1. Cause of action under 1983 exists under Fourth Amendment if plaintiff can allege facts that tend to show that state actor exceeded bounds of Fourth Amendment. Pruett v. Town of Spindale, 162 F. Supp. 2d 442 (W.D.N.C. 2001)

### Fourteen Amendment Parental Right Violation

1. Mere fact that legally cognizable injury is inflicted by state official acting under color of law does not establish violation of Fourteenth Amendment so as to authorize claim by injured party under 42 USCS 1983, which creates right of action against person who, under color of state law, subjects another to deprivation of any right secured by Federal Constitution. Paul v. Davis, 424 U.S. 693, 96 S. Ct. 1155, 47 L. Ed. 2d 405, 1 I.E.R. CAS. BNA) 1827, reh denied, 425 U.S. 985, 96 S. Ct. 2194, 48 L. Ed. 2d 811 (1976).

2. Equal protection claim is actionable under 42 USCS 1983 even where plaintiff is not member of suspect class or alleges deprivation of fundamental or property right independently cognizable under Fourteenth Amendment. Three Rivers Cablevision, Inc. v. Pittsburgh, 502 F. Supp. 1118 (W.D. Pa. 1980).

3. Where student at state school for deaf stated valid cause of action under Due Process Clause of 14th Amendment, which was separate and independent of his statutory claims, students substantive due process claim under 42 USCS 1983 was not barred. Doe v. Barger, 193 F. Supp. 2d 1112 (E.D. Ark. 2002).

4. Since litigation in state court against state transportation department only barred state employee from altering terms of order reinstating him, he remained free to litigate issue of disparate treatment under U.S. Const. amend. XIV in separate 42 USCS 1983 action. Nichols v. Danley, 266 F. Supp. 2d 1310 (D.N.M. 2003).

5. Virgin Islands power company employees Fourteenth Amendment due process claim against company is dismissed, where employee seeks to formulate Bivens-type claim against company and individual defendants for acting under color of state law, because claim is duplicative of his 1983 claim. Eddy v. V.I. Water & Power Auth., 961 F. Supp. 113, 36 V.I. 200 (D.V.I. 1997).

**VI. ➔ Relief Sought After ⬅** State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

**(A)** The Plaintiff seeks the administrative reversal under the watchful eyes thru the **Middle District of Florida** adhering to all Damages caused" by Attorney Lee White and the Firm he represents whereas the **JODAT LAW GROUP, P.A.** along-side all members of the Goldsmith Family, (Jill Goldsmith, Known to as' the material Grandmother) (Edward Goldsmith, Known to as' the material Grandfather) least but finally" the Mother of the child" Lacey B Goldsmith.

**(B)** The Plaintiff seeks this courts authority, in care of: **The Middle District of Florida (Tampa Division)** to reclaim Jurisdictional Rights over the Child thru Temporary Custody by Extended Family currently under the care, custody and control of The **Manatee County's Twelfth Judicial Circuit** in its current state by order of the **Honorable Diana Moreland** and return full custodial Jurisdiction Rights back to the **Eastern District of New York**, from which the child was originally taken.

**(C)** The recovery of any & all Attorney's Fees, Court Costs thru Filing Fees Due to the Clerk of Court's within this Jurisdiction. **The Middle District of Florida (Tampa Division) (D)** the Plaintiff seeks compensatory and punitive

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

damages to be awarded at the Courts sole Discretion from the Defendants in their individual capacities, and (or) injunctive relief from the Defendants in their official capacities adhering to all damages caused in the wake of there lies.

### VII. Exhaustion of Administrative Remedies and Procedures,

The **Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e (a),** requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
   ☒ No
   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?
   ☒ Dose Not Apply
C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?
   ☒ Do not know. If yes, which claim(s)?
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   2. What did you claim in your grievance?
_____

   3. What was the result, if any?
_____

   4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain, why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
_____

F.   If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
_____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies
   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of you administrative remedies.*
_____

### VIII. Previous Lawsuits:

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**

- ✓ None Related"

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"
   ☒ No
If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
   ☒ No
B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*
   1. Parties to the previous lawsuit, **None Pending, None Filed.**

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   ☒ No
D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

➤ Date of signing:   10/04/2020, Up-Dated and Amended to Revision
➤ Signature of Plaintiff   /s/ *John D. Golom*

Printed Name of Plaintiff:   John David Golom
Prison Identification #   Federal USM # 71921-004 (or) State / County, PA ID: 02-09063
Prison Address   175 Pike County Blvd
               Hawley / Lords Valley   Pennsylvania   18428
                       City                   State           Zip Code

Page 9 of 9

**ACTUAL COMPLAINT & EXHIBITS, 1 thru 9**