JOHN D. GOLOM c/o PCCF 3-A
175 PIKE COUNTY BLVD
LORDS VALLIE, PA 18428

LEGAL MAIL:

LEHIGH VALLEY PA 180

14 OCT 2020 PM 3 L

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION) c/o
THE CLERK OF THE COURT (ONLY) CARE OF: T/C
801 N. FLORIDA AVENUE
TAMPA, FLORIDA 33602-3800

LIMITED RESTRICTED USE: OPEN BY ADDRESSEE (ONLY)

33602-3800



Pike County Correctional Facility
175 Pike County Blvd.
Lords Valley, PA 18428